No. 911. Red Ball Transit Company *v.* Charles C. Marshall et al., constituting the Public Utilities Commission of Ohio et al. March 22, 1926. Motion for temporary injunction is denied. *Mr. John J. Shea,* for

appellant. *Messrs. Nathan A. Gibson, Joseph S. Hall, Thomas J. Flannelly,* and *Thomas S. Gibson* for appellees.